IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:13-CV-120-D(2)

REGINALD M. FOUNTAIN, JR., )
d/b/a Eastbrook Apartments, LLC, )
                                                 )
     Plaintiff, )
  v. )
                                                 )
FARMERS INSURANCE EXCHANGE )
and MARYLAND CASUALTY )    **ORDER**
COMPANY, a Maryland corporation, )
                                                 )
     Defendants. )

This matter is before the court on Defendants' motion to seal a confidential document submitted as an exhibit to its response to Plaintiff's motion to compel. As the basis for Defendant's motion is that the document was inadvertently filed, the more appropriate action would be to have the document removed from the record. Accordingly, the court construes Defendants' motion [DE #84] as a motion to remove the inadvertently filed document and GRANTS that motion. Defendants shall have thirty (30) days to file a corrected response to Plaintiff's motion to compel, together with any exhibits to be included in the record. Upon Defendants' filing of the corrected response, the clerk is DIRECTED to remove the image located at DE #46 and make an entry stating that the document has been refiled with a reference to the appropriate docket entry.

This 7th day of November 2014.

                                                         _____
                                                        KIMBERLY A. SWANK
                                                        United States Magistrate Judge