IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:13-CV-120-D(2)

| | |
|---|---|
| REGINALD M. FOUNTAIN, JR., ) <br> d/b/a Eastbrook Apartments, LLC, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> FARMERS INSURANCE EXCHANGE ) <br> and MARYLAND CASUALTY ) <br> COMPANY, a Maryland corporation, ) <br> ) <br> Defendants. ) | **ORDER** |

This matter is before the court on Plaintiff's unopposed motion to remove inadvertently filed confidential documents from the court record and CM/ECF docket, as amended on October 10, 2014. The court GRANTS Plaintiff's motion [DE #92 & 96] and hereby DIRECTS Plaintiff to file a corrected Motion to Compel, together with any exhibits to be included in the record. Upon filing of the corrected motion, the clerk shall remove the image located at DE #73 and make an entry stating that the document has been refiled with a reference to the appropriate docket entry.

This 7th day of November 2014.

_____
KIMBERLY A. SWANK
United States Magistrate Judge